**POSTX CORPORATION,**
Plaintiff–Appellant,

v.

**SECURE DATA IN MOTION, INC.**
(doing business as Sigaba),
Defendant–Appellee.

No. 04–1257.

United States Court of Appeals,
Federal Circuit.

Nov. 15, 2004.

Before NEWMAN, CLEVENGER, and BRYSON, Circuit Judges.

## JUDGMENT

PER CURIAM.

This CAUSE having been heard and considered, it is ORDERED and ADJUDGED: *AFFIRMED.* *See* Fed. Cir. R.˙36